**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TAZENA KENNEDY,

Plaintiff,

v. Case No: 3:13-cv-101-J-39MCR

NATIONAL ASSET & RISK MANAGEMENT, LLC,

Defendant.
______________________________/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 24; "R&R") entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on May 6, 2014. The R&R recommends that this case be dismissed for failure to prosecute. Plaintiff has not filed a response to the R&R and the time to do so has passed.[1] Accordingly, the matter is ripe for review.

The Court "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions *de novo*. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th

[1] Local Rule 6.02(a), United States District Court, Middle District of Florida, directs that any objections to a report and recommendation should be filed within fourteen days after service of the report and recommendation.

Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM029SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's R&R, the Court accepts and adopts the legal and factual conclusions of the Magistrate Judge. After Plaintiff failed twice to garner default judgment, due to, among other things, deficiencies in her Amended Complaint (Doc. 15), the Magistrate Judge granted Plaintiff an opportunity to file a second amended complaint. (Doc. 23). The Magistrate Judge directed Plaintiff to file her second amended complaint by April 18, 2014, and warned Plaintiff that "this will likely be the last opportunity for Plaintiff to seek a default judgment[]" and that "[f]ailure to comply with this Order may result in a recommendation that the case be dismissed for want of prosecution." (Doc. 23 at 9). As of July 9, 2014, Plaintiff has not filed a second amended complaint nor sought an extension of time. Moreover, Plaintiff has not responded or objected to the Magistrate Judge's R&R recommending dismissal of this case for failure to prosecute. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 24) is **ADOPTED** as the opinion of this Court.

2. This Clerk of the Court is directed to terminate any outstanding motions and close this case.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of July, 2014.

BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Counsel of Record